# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

OPTUMRX, INC. AND UNITED
HEALTHCARE OF LOUISIANA,
INC. D/B/A UNITED HEALTHCARE
COMMUNITY PLAN

NO.  2023 CW 0926

**NOVEMBER 6, 2023**

---

In Re:   OptumRx, Inc. and United Healthcare of Louisiana, Inc.
d/b/a United Healthcare Community Plan, applying for
supervisory writs, 19th Judicial District Court,
Parish of East Baton Rouge, No. 717848.

---

**BEFORE:   THERIOT, PENZATO, AND GREENE, JJ.**

   **WRIT GRANTED WITH ORDER.**   The district court's August 22, 2023 order which denied the motion for suspensive appeal filed by defendants, OptumRx, Inc. and United Heathcare of Louisiana, Inc., is reversed.   On August 3, 2023, the district court granted a motion for sanctions against defendants and ordered that defendants shall pay the reasonable expenses, including attorney fees, with the award to be made following further evidentiary submissions relative to the time and expenses incurred.   La. Code Civ. P. art. 2088(A)(10) provides that the trial court retains jurisdiction for purposes of setting "costs, expert witness fees, and attorney fees" after an appeal has been taken from the initial judgment.   This judgment constitutes a partial final judgment subject to appeal under La. Code Civ. P. art. 1915(A)(6). See **Capital City Press, LLC v. Louisiana State University System Board of Supervisors**, 2013-1994 (La. 8/28/13), 120 So.3d 250.   Accordingly, defendants' motion for suspensive appeal is granted, and this matter is remanded to the district court with instructions to fix the security for a suspensive appeal pursuant to the provision of La. Code Civ. P. art. 2124(B).

**MRT**
**AHP**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

*a.sw*

---
DEPUTY CLERK OF COURT
   FOR THE COURT